UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLMEIER ELECTRONIC USA INC., <br> Plaintiff, <br> v. <br> HAWK TECHNOLOGY SYSTEMS, LLC, <br> Defendant. | Case No. 15-cv-02504-KAW <br><br> **ORDER TO FILE DISMISSAL WITHIN 60 DAYS** <br><br> Re: Dkt. No. 11 |

On August 11, 2015, Plaintiff filed a Notice of Settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court. The case management conference currently scheduled for September 8, 2015 is continued to November 24, 2015.

IT IS SO ORDERED.

Dated: 08/26/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge